1
 Skylan M. Brassill, Petitioner/Cross-Respondent v. The People of the State of Colorado. Respondent/Cross-Petitioner No. 24SC196
Supreme Court of Colorado, En Banc
August 4, 2025

 Court
 of Appeals Case No. 23CA58

 GRANTED PETITIONS FOR WRIT OF CERTIORARI

2

 Petition
 and Cross-Petition for Writ of Certiorari GRANTED.

 Whether
 a district court loses authority to impose restitution if the
 prosecution does not exercise diligent efforts to bring
 restitution information to sentencing.

 Whether
 the division erred in affirming the district court's
 restitution order, despite finding the prosecution did not
 exercise diligent efforts to bring restitution information to
 sentencing.

 Whether
 the defendant may seek dismissal of restitution proceedings
 based on the prosecution failing to use "reasonable
 diligence" to gather restitution information prior to
 sentencing.

 DENIED
 AS TO ALL OTHER ISSUES.